AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHIECHI, CAROLYN P. | U.S. TAX COURT | 04/25/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE (SENIOR STATUS- ON RECALL) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

ROOM 233
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217-0002

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor until 12/5/13 | Estate of ▮ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 09/1992 | Sutherland, Asbill & Brennan (SAB) (See VIII. Additional Information or Explanations) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SAB HR 10 Plan | D | Int./Div. | P1 | T | | | | | |
| 2. Coca Cola Co., Common Stock | B | Dividend | K | T | | | | | |
| 3. BP PLC, Common Stock | B | Dividend | K | T | | | | | |
| 4. Merck & Co., Common stock | A | Dividend | K | T | | | | | |
| 5. Express Scripts Holding Co., common stk | | None | J | T | | | | | |
| 6. Stryker Corp., Common stock | A | Dividend | K | T | | | | | |
| 7. RBC Wealth Management US Government Money Market Fund | | None | J | T | | | | | |
| 8. WalMart Stores, Inc., Common Stk | B | Dividend | L | T | | | | | |
| 9. Marriott Int'l, Inc. New, Class A, Common Stk | A | Dividend | K | T | | | | | |
| 10. Marriott Vacations Worldwide Corp cmn stk | | None | J | T | | | | | |
| 11. Host Hotels and Resorts Inc., Common Stk. | | None | J | T | | | | | |
| 12. PNC Financial Corp., Common Stk | A | Dividend | K | T | | | | | |
| 13. Microsoft Corp., Common Stk | C | Dividend | M | T | Donated (part) | | | | |
| 14. Medtronic Common Stk | A | Dividend | K | T | | | | | |
| 15. Bank of America (MM/Ckg Accts) | A | Interest | L | T | | | | | |
| 16. Boeing, Co., Common Stock | A | Dividend | J | T | | | | | |
| 17. NIKE, Class B Common Stock | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dell Computer, Common Stk | A | Dividend | | | Redeemed | 10/30/13 | J | | Cash merger |
| 19. Apple Inc., common stk | A | Dividend | K | T | | | | | |
| 20. Google Inc., common stk | | None | K | T | | | | | |
| 21. Amgen. Inc., Common Stk | A | Dividend | J | T | | | | | |
| 22. General Electric, Common Stk | A | Dividend | J | T | | | | | |
| 23. UBS Bank USA Deposit (Money Market Fund) | | None | J | T | | | | | |
| 24. Berkshire Hathaway B, Common Stock | | None | J | T | | | | | |
| 25. Cisco Systems Inc., Common Stock | A | Dividend | J | T | | | | | |
| 26. Johnson & Johnson, Common Stock | A | Dividend | J | T | | | | | |
| 27. Liberty Media Hldg. Ser. A Inter, Common Stock | | None | J | T | | | | | |
| 28. Liberty Media Corp. cmn stk | | None | J | T | | | | | |
| 29. Starz Ser. A, Common Stock | | None | J | T | Spinoff (from line 28) | 01/14/13 | J | | |
| 30. DIRECTV, common stock | | None | J | T | | | | | |
| 31. Amazon.com, Inc. Common Stock | | None | J | T | | | | | |
| 32. American Int'l Group, Common Stock | A | Dividend | J | T | | | | | |
| 33. Anadarko Pete., Common Stock | A | Dividend | J | T | | | | | |
| 34. Autodesk Inc. Delaware, Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bed Bath & Beyond Inc., Common Stock | | None | J | T | | | | | |
| 36. Biogen Idec Inc., Common Stock | | None | K | T | | | | | |
| 37. Broadcom Corp. Cl A, Common Stock | | None | J | T | | | | | |
| 38. Cablevision Systems Corp., Common Stock | A | Dividend | J | T | | | | | |
| 39. AMC Networks, Inc., cmn stk | | None | J | T | | | | | |
| 40. Madison Square Garden Inc., Common Stock | | None | J | T | | | | | |
| 41. Cree Research Inc., Common Stock | | None | J | T | | | | | |
| 42. Electronic Arts Inc., Common Stock | | None | J | T | | | | | |
| 43. Expedia Inc., Common Stock | A | Dividend | J | T | | | | | |
| 44. Trip Advisors, Inc., cmn stk | | None | J | T | | | | | |
| 45. Forest Laboratories Inc., Common Stock | | None | J | T | | | | | |
| 46. Contingent Value Rights rec'd from Sanofi Adventis | | None | J | T | | | | | |
| 47. Nat'l Oilwell Varco Inc., Common Stock | A | Dividend | J | T | | | | | |
| 48. Home Depot Inc., Common Stock | A | Dividend | J | T | | | | | |
| 49. IAC/Interactive Corp. New, Common Stock | A | Dividend | J | T | | | | | |
| 50. Liberty Ventures Series A, Common Stock | | None | J | T | | | | | |
| 51. HSN Inc., Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Interval Leisure Group, Common Stock | A | Dividend | J | T | | | | | |
| 53. Tree. Com, Common Stock | | None | J | T | | | | | |
| 54. Intel Corp, Common Stock | A | Dividend | J | T | | | | | |
| 55. L-3 Comm. Hldg Inc., Common Stock | A | Dividend | J | T | | | | | |
| 56. Engility Holdings, Inc., Common Stock | | None | J | T | | | | | |
| 57. Beneficial. interest in Lehman Bros Holdings Inc Plan Trust | | None | J | W | | | | | See VIII for explanation |
| 58. Liberty Global Inc. Cl A, Common Stock | | None | J | T | | | | | |
| 59. Bank of America Corp., Common Stock | A | Dividend | J | T | | | | | |
| 60. Micron Tech Inc., Common Stock | | None | J | T | | | | | |
| 61. Pall Corp, Common Stock | A | Dividend | J | T | | | | | |
| 62. Pepsico Inc, Common Stock | A | Dividend | J | T | | | | | |
| 63. Pfizer Inc, Common Stock | A | Dividend | J | T | | | | | |
| 64. Proctor & Gamble, Common Stock | A | Dividend | J | T | | | | | |
| 65. Sandisk Corp, Common Stock | A | Dividend | J | T | | | | | |
| 66. Seagate Corp, Common Stock | A | Dividend | J | T | | | | | |
| 67. Texas Instruments, Common Stock | A | Dividend | J | T | | | | | |
| 68. Time Warner Inc New, Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Time Warner Cable, Inc., Common Stock | A | Dividend | J | T | | | | | |
| 70. AOL, Inc., Common Stock | | None | J | T | | | | | |
| 71. Tyco International Ltd., Common Stock | A | Dividend | J | T | | | | | |
| 72. ADT Corp. Com, Common Stock | A | Dividend | J | T | | | | | |
| 73. Pentair Ltd., Common Stock | A | Dividend | J | T | | | | | |
| 74. TE Connectivity Ltd., Common Stock) | A | Dividend | J | T | | | | | |
| 75. Covidien PLC, Common Stock | A | Dividend | J | T | | | | | |
| 76. Mallinckroot Pub Ltd Co, Common Stock | | None | J | T | Spinoff (from line 75) | 07/08/13 | J | | |
| 77. United Health Gp Inc, Common Stock | A | Dividend | J | T | | | | | |
| 78. Walt Disney Co, Common Stock | | None | J | T | | | | | |
| 79. Weatherford Int'l Ltd., Common Stock | | None | J | T | | | | | |
| 80. Yahoo Inc, Common Stock | | None | J | T | | | | | |
| 81. EBay, Inc., Common Stk. | | None | J | T | | | | | |
| 82. Live Nation Entm't Inc, Com Stk | | None | J | T | | | | | |
| 83. UBS IRA | E | Int./Div. | P1 | T | | | | | |
| 84. --BP PLC, Common Stk | | | | | | | | | |
| 85. --General Electric, Common Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Goldman Sachs, Common Stock | | | | | | | | | |
| 87. --AT&T Inc., Common Stock | | | | | | | | | |
| 88. --Schlumberger, Common Stock | | | | | | | | | |
| 89. --Target, Common Stock | | | | | | | | | |
| 90. --St. Paul Travelers, Common Stock | | | | | | | | | |
| 91. --Columbia Marsico Focus Eq. A Mutual Fund | | | | | Buy | 06/26/13 | J | | |
| 92. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 93. --Hartford Cap Appreciation A Mutual Fund | | | | | Buy | 12/31/13 | J | | |
| 94. --Kinetics New Paradigm Fund Cl A Mutual Fund | | | | | | | | | |
| 95. --UBS Bank USA Deposit ((Money Market Fund) | | | | | | | | | |
| 96. --First Niagara Bank 0.30% fixed rate CD, due 2/11/13 | | | | | Redeemed | 02/11/13 | K | | |
| 97. --Bank of India 0.55% fixed rate CD, due 5/08/13 | | | | | Redeemed | 05/08/13 | M | | |
| 98. --Abbott Labs common stock | | | | | | | | | |
| 99. --Abbvie Inc, Common Stock | | | | | Spinoff (from line 98) | 01/02/13 | J | | |
| 100. --Johnson & Johnson common stock | | | | | | | | | |
| 101. --Apple Inc., common stock | | | | | | | | | |
| 102. --Fifth Third Bank 0.35% fixed rate CD, due 2/21/14 | | | | | Buy | 08/15/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. --Banco Popolar 0.30% fixed rate CD, due 11/21/13 | | | | | Buy | 08/15/13 | M | | |
| 104. | | | | | Redeemed | 11/21/13 | M | | |
| 105. --Bank of Baroda NY 0.30% fixed rate CD, due 2/24/14 | | | | | Buy | 08/15/13 | M | | |
| 106. Estate of aunt | E | Int./Div. | | | Distributed | 08/09/13 | P1 | | |
| 107. --Wells Fargo Ckg./Savings Accounts | | | | | Closed | 12/05/13 | K | | See VIII for explanation |
| 108. --Exxon Mobil common stock | | | | | Distributed | 08/09/13 | M | | 1/2 dst'd to me per will |
| 109. Exxon Mobil common stock | A | Dividend | L | T | | | | | See l. 108 |
| 110. --Centerpoint Energy common stock | | | | | Distributed | 08/09/13 | J | | 1/2 dst'd to me per will |
| 111. Centerpoint Energy common stock | A | Dividend | | | | | J | | See l. 110 |
| 112. | | | | | Sold | 10/07/13 | J | A | |
| 113. --Colgate Palmolive common stock | | | | | Distributed | 08/09/13 | P1 | | 1/2 dst'd to me per will |
| 114. Colgate Palmolive common stock | C | Dividend | O | T | | | | | See l. 113 |
| 115. --Genon Energy common stock | | | | | Merged (with line 116) | 01/23/13 | J | | rec'd l. 116 in merger |
| 116. --NRG Energy, Inc. Common Stock | | | | | | 01/23/13 | J | | rec'd in merger w/l.115 |
| 117. --NRG Energy, Inc. Common Stock | | | | | Distributed | 08/09/13 | J | | 1/2 dst't to me per will |
| 118. NRG Energy, Inc. common stock | | None | | | | | | | See l. 117 |
| 119. | | | | | Sold | 10/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   --Southern Co. common stock | | | | | Distributed | 08/09/13 | J | | 1/2 dst'd to me per will |
| 121.   Southern Co. common stock | A | Dividend | J | T | | | | | See l. 120 |
| 122.   Fidelity Bank--IRA | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 04/25/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. AGREEMENTS (Cont'd).

At least for the foreseeable future, I decided to continue to have certain of the amounts I had accumulated in the HR 10 Plan, which is sponsored by SAB of which I was a partner through September 30, 1992, and which is an independently managed, fully funded, defined contribution plan that allows for self-directed investments, to be managed by the advisor retained by SAB. In July 2000, I rolled over into an IRA at Morgan Stanley the balance of those amounts. In 2007, I rolled over my Morgan Stanley IRA accounts into IRA accounts at UBS Financial Services, Inc. (UBS).

I have a vested interest in the Sutherland, Asbill & Brennan Defined Benefit Plan for Partners and Nonlegal Personnel. The benefit I am entitled to receive under that plan is an annual income on a straight-line basis of $6,782.15 per year, commencing at normal retirement age of 65 and which became effective as of 1/1/09. Annual amount is paid equally over 12 months. Pursuant to the terms of the plan, I was not entitled to a lump-sum payout when I withdrew as a partner from SAB effective October 1, 1992, because, as a relatively new plan, the benefits to the participants of the plan were not fully funded. The plan provides that pension payments were to begin automatically after I attained the normal retirement age of 65. The amount of the pension payments are in no way affected by the profitability of SAB or by the performance of the trust fund. If the trustee of the plan were to realize a better or a worse investment rate than assumed in the actuarial calculations for the plan, SAB either would contribute less or more to provide the defined benefit of all participants. The plan may be terminated either because of a change in the law or a decision by the partners of SAB to discontinue this benefit. In the event of plan termination, ERISA provides very specific rules for the allocation of plan assets among participants, with those who have already retired being given fully funded benefits first. If SAB were not able to provide all benefits, the Pension Benefit Guaranty Corporation would pick up the liability for any shortfall up to the benefit levels insured by that agency. It is my understanding that, except in that unlikely event, my benefit under the plan is a fixed amount.

VII. INVESTMENTS AND TRUSTS

P. 7, line 57

In 2012 Lehman Bros. Holdings, Inc., commenced bankruptcy proceedings, its stock was canceled, and its stockholders received proportionate beneficial interests in or rights to the Lehman Bros Holdings, Inc., plan trust. Although I placed a yearend value in my 2012 financial disclosure report on my interest in or right to that plan trust, upon reflection I believe that a value really was not ascertainable for that interest or right at the end of 2012 or at the end of 2013 because of the uncertainties involved in the bankruptcy proceedings. Nonetheless, I indicated that the value code is J, i.e., "$15,000 or less".

P. 10, line 107

Bank account proceeds were distributed to my ▓ and me, the sole beneficiaries of my ▓ estate, in such amounts as to make all distributions from the estate on an equal basis to us.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ CAROLYN P. CHIECHI

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544